**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
ASHLEY N. ARNETT, SB# 305162
  E-Mail: Ashley.Arnett@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants, GOLDEN BEAR RESTAURANT GROUP, INC. dba ARBY'S, JOSEPH POLATI, TRUSTEES of the POLATI FAMILY TRUST DATED JULY 29, 2009; TRACI POLATI, TRUSTEE of the POLATI FAMILY TRUST DATED JULY 29, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>  Plaintiff,<br><br>  vs.<br><br>GOLDEN BEAR RESTAURANT GROUP, INC. dba ARBY'S; JOSEPH POLATI, TRUSTESS of the POLATI FAMILY TRUST DATED JULY 29, 2009; TRACI POLATI, TRUSTEE of the POLATI FAMILY TRUST DATED JULY 29, 2009,<br><br>  Defendants. | CASE NO. 2:15-cv-01849-TLN-CMK<br><br>**REQUEST FOR CONTINUANCE FOR DISPOSITIVE MOTION HEARING**<br><br>The Hon. Troy L. Nunley<br><br>Trial Date:          March 12, 2018 |

TO: The Honorable Court,

Defendants, Golden Bear Restaurant Group, Inc. dba Arby's, Joseph Polati, Trustees of the Polati Family Trust dated July 29, 2009, Traci Polati, Trustee of the Polati Family Trust Dated July 29, 2009, and Plaintiff, Dimas O'Campo (collectively "the Parties"), by and through their

respective attorneys of record, hereby stipulate as follows:

**WHEREAS**, the Pretrial Scheduling Order issued on February 1, 2016, indicates that "All dispositive motions . . . shall be heard no later than October 5, 2017. *See* <u>Docket No. 10</u>.

**WHEREAS**, due to a family medical emergency of Defense counsel, the Parties met and conferred, and mutually agreed, to continue the deadline to hear dispositive motions at least thirty (30) days. Given that the Court only hears civil law and motion on a limited number of days each month, the Parties mutually agreed to continue the date to November 16, 2017.

**NOW THEREFORE**, the Parties hereby stipulate and hereby request that the Court's Pretrial Scheduling Order (<u>Docket No. 10</u>) be modified to extend the deadline to hear dispositive motions from October 5, 2017 to November 16, 2017.

**IT IS SO STIPULATED.**

DATED: September 14, 2017   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Shane Singh, Esq.*
Shane Singh, Esq.
Attorneys for Defendants, GOLDEN BEAR RESTAURANT GROUP, INC. dba ARBY'S, JOSEPH POLATI, TRUSTEES of the POLATI FAMILY TRUST DATED JULY 29, 2009; TRACI POLATI, TRUSTEE of the POLATI FAMILY TRUST DATED JULY 29, 2009

DATED: September 14, 2017   DISABLED ADVOCACY GROUP, APLC

By: */s/ Scottlyn J. Hubbard IV, Esq.*
Scottlyn J. Hubbard IV
Stephanie Ross
Attorneys for Plaintiff, DIMAS O'CAMPO

**Signature Certification**

I hereby certify that the content of this document is acceptable to Scottlyn J. Hubbard, counsel for Plaintiff, Dimas O'Campo, and that I have obtained Mr. Hubbard's authorization to affix his electronic signature to this document.

DATED: September 14, 2017  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Shane Singh*
Shane Singh
Attorneys for Defendants, GOLDEN BEAR RESTAURANT GROUP, INC. dba ARBY'S, JOSEPH POLATI, TRUSTEES of the POLATI FAMILY TRUST DATED JULY 29, 2009; TRACI POLATI, TRUSTEE of the POLATI FAMILY TRUST DATED JULY 29, 2009

**IT IS SO ORDERED.**

Dated: September 20, 2017

Troy L. Nunley
United States District Judge