**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
　E-Mail: Shane.Singh@lewisbrisbois.com
GEORGE J. THEOFANIS, SB# 324037
　E-Mail: George.Theofanis@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants, GOLDEN BEAR
RESTAURANT GROUP, INC., dba ARBY'S,
JOSEPH POLATI, and TRACI POLATI

**DISABLED ADVOCACY GROUP, APLC**
Scottlynn J Hubbard, SBN 212970
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Dimas O'Campo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOLDEN BEAR RESTAURANT GROUP, INC., dba ARBY'S; JOSEPH POLATI, TRUSTEES of the POLATI FAMILY TRUST DATED JULY 29, 2009; TRACI POLATI, TRUSTEE of the POLATI FAMILY TRUST DATED JULY 29, 2009,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-01849-TLN-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE, TRIAL, AND TRIAL RELATED DATES**<br><br>Date:　February 20, 2020<br>Time:　2:00 P.M.<br>Crtrm.:　2, 15th Floor<br><br>The Hon. Troy L. Nunley<br><br>Trial Date:　　April 20, 2020 |

LEWIS
BRISBOIS

The Final Pretrial Conference in this matter is currently set for February 20, 2020. The Trial is set for April 20, 2020. The parties are currently discussing potential settlement and would like more time to resolve the matter before conducting a Trial and utilizing this Court's precious resources. Further, respective counsel has schedule conflicts.

As such, the parties request the Final Pretrial Conference be rescheduled to May 7, 2020, the Trial be scheduled to July 7, 2020, and all Trial related dates be moved accordingly, or to dates convenient for this Court.

DATED: February 13, 2020 **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Shane Singh, Esq.*
Shane Singh
Attorneys for Defendants, GOLDEN BEAR RESTAURANT GROUP, INC., dba ARBY'S, JOSEPH POLATI, and TRACI POLATI

DATED: February 13, 2020 **DISABLED ADVOCACY GROUP, APLC**

By: */s/ Scottlynn J. Hubbard, Esq.*
Scottlynn J Hubbard
Attorneys for Plaintiff Dimas O'Campo

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause having been shown, the Final Pretrial Conference is hereby continued to May |
| 3 | 14, 2020, at 2:00 p.m., and the Bench Trial continued to July 27, 2020, at 9:00 a.m. The parties |
| 4 | shall file their Joint Pretrial Conference Statement on or before May 7, 2020. |

**IT IS SO ORDERED.**

DATED: February 13, 2020

Troy L. Nunley
United States District Judge